# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
09 SEP -1 AM 9:47
U.S. BANKRUPTCY COURT
MINNEAPOLIS

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| BRANDON R CHITWOOD | |
| Debtor(s) | CASE NO. BKY 06-41523 RJK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to HSBC in the amount of $421.96, were unclaimed.

CREDITOR:  
HSBC  
C/O Mark Pitzele P.A.  
5217 Wayzata Blvd. Suite 206  
St Louis Park, MN 55416

ACCOUNT NUMBER:  
483229

CLAIM NUMBER:  
4

AMOUNT:  
$421.96

**Jasmine Z. Keller, Trustee**

Dated: August 31, 2009

/s/ Jasmine Z. Keller/jj  
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**  
Original and one copy to Clerk of Court  
One copy to United States Trustee

3